IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MARCUS FOSTER**                                                                                **PLAINTIFF**

**VERSUS**                                                      **CIVIL ACTION NO. 2:23cv115-KS-MTP**

**FORREST COUNTY JAIL**                                                    **DEFENDANT**

## **FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 27th day of November 2023.

                                                          /s/Keith Starrett
                                                          UNITED STATES DISTRICT JUDGE